IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CR243 |
| | ) | |
| DEIDRE VAUGHN, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

    Before the court is defendant's Motion to Amend Pretrial Release [44]. The government has no objection. The court finds the motion should be granted and the defendant will be allowed to travel to the State of Nebraska for a family wedding. The defendant is to provide Pretrial Services with his itinerary prior to his departure.

    IT IS SO ORDERED.

    DATED this 23rd day of October, 2006.

                                     BY THE COURT:

                                     s/ F.A. Gossett
                                     United States Magistrate Judge