IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | 8:06CR243 |
| v. | ) | |
| DEIDRE VAUGHN, | ) | ORDER |
| Defendants. | ) | |

    Before the court is defendant Deidre Vaughn's Motion to Amend Pretrial Release [50]. Good cause being shown, the motion is granted and the defendant's order setting conditions of release is modified as follows:

    (x) (l)   Abide by the following restrictions on personal associations, place of abode, or travel: **the State of Colorado except to travel to the District of Nebraska for court purposes and to meet and confer with counsel.**

IT IS SO ORDERED.

DATED this 13th day of November, 2006.

                                          BY THE COURT:

                                          s/ F.A. Gossett
                                          United States Magistrate Judge