IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:06CR243 |
| | ) | |
| v. | ) | |
| | ) | |
| DEIDRE VAUGHN, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the court is defendant Deidre Vaughn's Motion to Amend Pretrial Release [54]. Good cause being shown, the motion is granted and the defendant's order setting conditions of release is modified as follows:

(x) (l)   Abide by the following restrictions on personal associations, place of abode, or travel: **the District of Nebraska.**

IT IS SO ORDERED.

DATED this 6th day of December, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge