IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06CR243 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| DEIDRE VAUGHN, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has been advised that the defendant requests permission to enter a plea of guilty.

**IT IS ORDERED** that:

1. This case, insofar as it concerns this defendant, is removed from the trial docket based upon the request of the defendant.

2. A hearing on the defendant's anticipated plea of guilty is scheduled before Judge Laurie Smith Camp on **Thursday, February 1, 2007** at the hour of **1:00 p.m.** in Courtroom No. 2, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. At least two (2) working days in advance of the plea proceeding above, counsel for plaintiff and for defendant shall provide to the undersigned judge a copy of the following:  a) a copy of the Petition to Enter A Guilty Plea; b)  a copy of any plea agreement; and c) a copy of any charging document not yet on file. **Failure to meet this deadline may cause the plea proceeding to be cancelled.**

4. On or before the date for the plea proceeding, counsel for plaintiff and for defendant shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report.

5. For this defendant, the time between **today's date** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Dated this 25th day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge