# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR243** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **DEIDRE VAUGHN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion for Leave to File Under Seal (#117). The Defendant desires to file her Motion for Downward Departure (Filing NO. 118), Brief in Support of Motion for Downward Departure (Filing No. 119), Motion for Downward Variance (Filing No. 120) and Brief in Support of Motion for Downward Variance (Filing No. 121) under seal.

IT IS ORDERED:

1. The Defendant's Motion for Leave to File Under Seal (#117) is granted; and
2. The documents (Filing Nos. 118, 119, 120, 121) filed provisionally under seal shall be sealed.

DATED this 3rd day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge