### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **8:06CR243** |
| vs. ) | |
| ) | **ORDER** |
| **DEIDRE VAUGHN,** ) | |
| ) | |
| Defendant. ) | |

Defendant Deidre Vaughn appeared before the court on Wednesday, May 20, 2009 on a Petition for Warrant or Summons for Offender Under Supervision [168]. The defendant was represented by CJA Panal Attorney James K. McGough and the United States was represented by Assistant U.S. Attorney Frederick D. Franklin. The government did not request detention. The Defendant was not entitled to a preliminary examination.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **August 13, 2009 at 1:00 p.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 20th day of May, 2009.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge